UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA**

v.                              CRIMINAL ACTION NO. 2:10-00070-02

**DANNY FORTUNE**

SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
MEMORANDUM OPINION AND ORDER

On April 4, 2017, the United States of America appeared by Stephanie S. Taylor, Assistant United States Attorney, and the defendant, Danny Fortune, appeared in person and by his counsel, Wesley P. Page, for a hearing on the petition on supervised release submitted by United States Probation Officer Lilla M. Adkins. The defendant commenced a twenty-one month term of supervised release in this action on December 16, 2015, as more fully set forth in the Supervised Release entered by the court on July 7, 2015.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respects: (1) the defendant committed the state and local offense of driving a vehicle on the pubic highway on January 8, 2017, after having his license revoked for a prior DUI conviction as evidenced by the defendant's admission on the record of the hearing that the government possesses sufficient proof to prove the offense by a preponderance of the evidence; (2) the defendant committed the federal and state offense of possession of a firearm by a convicted felon on January 15, 2017, as evidenced by his admission on the record of the hearing that the government possesses sufficient proof to prove the offense by a preponderance of the evidence; and (3) the defendant used and possessed cocaine as evidenced by a positive urine specimen submitted by him on December 29, 2015, and again on January 6, 2016, and his admission that he had used cocaine; all as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate

the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of NINE (9) MONTHS, which shall run consecutively to any term that may be imposed in the state court proceeding.

The defendant was remanded to the custody of the United States Marshal.

<u>Recommendation</u>:  The court recommends that the defendant be designated to either FCI Beckley or FCI Ashland.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: April 5, 2017

John T. Copenhaver, Jr.
United States District Judge